**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | CASE NUMBER: 21-cr-00244-AB |
|---|---|
| Plaintiff(s) | |
| v. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Mirela Todorova | |
| Defendant(s). | |

The Court hereby orders that the request of:

Mirela Todorova ☐ Plaintiff   X Defendant   ☐ Other
*Name of Party*

to substitute   John D Kirby   who is

X Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 west A Street, Suite 1150
*Street Address*

San Diego, California 92101                                jkirby@johnkirbylaw.com
*City, State, Zip*                                         *E-Mail Address*

619-557-0100                                                                149496
*Telephone Number*           *Fax Number*                  *State Bar Number*

as attorney of record instead of   Mark Hover
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   X GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 4, 2023

*signature*

U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**