**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| USA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | 21-CR-00244-AB |
| v. | | |
| Todovora | | AMENDED (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| | Defendant(s) | |

The Court hereby orders that the request of:

Mirela Todovora                    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
_____
*Name of Party*

to substitute Mark Hover _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

4212 East Los Angeles Avenue No 3195
_____
*Street Address*

Simi Valley, CA 93063 _____          mhover@yahoo.com _____
*City, State, Zip*                                              *E-Mail Address*

805-791-0623 _____          _____          224780 _____
*Telephone Number*                    *Fax Number*                    *State Bar Number*

as attorney of record instead of John D Kirby _____
*List all attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**     ☒ **GRANTED**     ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   May 5, 2023 _____          _____
                                              U. S. District Judge/U.S. Magistrate Judge