E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637
    Facsimile: (213) 894-0142
    E-mail:    patrick.castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244(A)-AB |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF DEFENDANT MUCKTARR KATHER SEI'S SIGNATURE PAGE PURSUANT TO THE PARTIES' PREVIOUSLY FILED STIPULATION (Dkt. 125) |
| v. | |
| MIRELA TODOROVA, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Patrick Castañeda, hereby lodges the attached Defendant MUCKTARR KATHER SEI's Signature Page Pursuant to the Parties' Previously Filed Stipulation regarding

//

1 | Request for (1) Continuance of Trial Date and (2) Findings of
2 | Excludable Time Periods Pursuant to Speedy Trial Act. (Dkt. 125.)

Dated: June 22, 2023                     Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


_____/s/_____
PATRICK CASTAÑEDA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1  I am MUCKTARR KATHER SEI's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than September 26, 2023 is
7  an informed and voluntary one.

/s/ (via email authorization)
GREGORY A. NICOLAYSEN        4/14/2023
Attorney for Defendant        Date
MUCKTARR KATHER SEI

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 26, 2023.

MUCKTARR KATHER SEI           6/2/23
Defendant                      Date

9