UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES—GENERAL

Page 1 of 1

| Case No. | 2:21 cr 00244 AB 1 | Date | July 28, 2023 |
|---|---|---|---|

Present: The Honorable **ANDRE BIROTTE, JR., UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Damon Berry | Amy Diaz | Patrick Castaneda / Jason C. Pang |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Mirela Todorova | ✓ | ✓ | | Mark Andrew Hover | | ✓ | ✓ |

**Proceedings:** STATUS CONFERENCE

The case is called, and counsel make their appearance.

A portion of the transcript is ordered sealed.

For the reasons, stated on the record, the Court hereby RELIEVES defendant's prior attorney, Mark Andrew Hover, and APPOINTS the attorney listed below in place and stead as counsel of record:

Charles Brown, CJA.
The Parzival Group
1 South Fair Oaks Avenue, Suite 401
Pasadena, California 91105
www.parzivalgroup.com
(626) 594-4874

The parties are reminded of the following dates:

| Status Conference | September 15, 2023 at 1:30 p.m. |
| Jury Trial | September 26, 2023 at 8:30 a.m. |

IT IS SO ORDERED.

cc: CJA Services

---

CR-11      CRIMINAL MINUTES GENERAL      :14 Initials of Deputy Clerk DBE