JAY L. LICHTMAN (Bar No. 73399)
(E-Mail: Nadine_Hettle@fd.org)
Deputy Federal Public Defender
137 N. Larchmont Blvd, Suite 538
Los Angeles, California 90004
Telephone: (213) 568-0984

Attorneys for Defendant
ASHLEY JOHNSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY JOHNSON,<br><br>　　　　　Defendant. | Case No. 2:21-CR-244-AB<br><br>**STIPULATION FOR FORTHWITH RELEASE** |

On April 30, 2024, Ashley Johnson appeared before this Court for his initial appearance and arraignment. The Court ordered her forthwith release today. After the day's matters concluded, the United States Marshal Service ("USMS") indicated that a system it uses to check for outstanding warrants, "NCIC," is not online. The defense understands that U.S. Pretrial Services performs a search of warrants in preparing its recommendations to the Court. No warrants appeared for this defendant.

The parties stipulate that Ms. Johnson can be released forthwith notwithstanding the outage of the NCIC system. The parties further stipulate that, if, once the NCIC system is restored, a warrant exists for Ms. Johnson, she will self-surrender within 24 hours of the NCIC system being restored.

Respectfully submitted,

DATED: April 30, 2024    By  */s/ Jay Lichtman*
JAY LICHTMAN
Counsel for Ashley Johnson

DATED: April 30, 2024    By  */s/ Aylin Kuzucan*
AYLIN KUZUCAN
Assistant United States Attorney