UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:21-cr-00244-AB                                                                 Date: 04/30/2024

Present: The Honorable: Margo A. Rocconi, U.S. Magistrate Judge

Interpreter N/A                                                                           Language N/A

| Valerie Velasco | 04/30/2024 | Aylin Kuzucan |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present   In Custody          Attorneys for Defendants:   ✔ Present   CJA

Ashley Alicia Nicole Johnson                                   Jay L Lichtman

Proceedings: Arraignment of Defendant and/or      ✔ Assignment of Case      Appointment of Counsel
                                                     Initial Appearance

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Andre Birotte Jr.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 06/25/2024 8:30 AM;
Status Conference: 05/17/2024 1:30 PM
* Government counsel provides trial estimate of 2-3 days.
* Judge Birotte Jr is located in 7B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA         PSAED         PSASA              Initial Appearance/Appointment of Counsel: 00 : 00
   ✔ USMLA         USMED         USMSA                                    Arraignment: 00 : 05
      Statistics Clerk                     Interpreter
   ✔ CJA Supervising Attorney               Fiscal           Initials of Deputy Clerk: VV by TRB