UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-CR-00244(B)-AB |
|---|---|
| Plaintiff, | <u>F I R S T</u> <u>S U P E R S E D I N G</u> <u>I N F O R M A T I O N</u> |
| v. | |
| MUCKTARR KATHER SEI,<br>    aka "Kather Sei,"<br>    aka "Kat," | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Controlled Substances] |
| Defendant. | |

The United States Attorney charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 12, 2020, in Los Angeles County, within the Central District of California, defendant MUCKTARR KATHER SEI, also known as "Kather Sei" and "Kat," knowingly and

//

intentionally possessed with intent to distribute a Schedule II narcotic drug controlled substance.

        E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

J. MARK CHILDS
Assistant United States Attorney
Chief, International Narcotics, Money Laundering, & Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International Narcotics, Money Laundering, & Racketeering Section

PATRICK CASTAÑEDA
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section

JASON C. PANG
Assistant United States Attorney
Deputy Chief, General Crimes Section

SURIA M. BAHADUE
Assitant United States Attorney
Deputy Chief, General Crimes Section