# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIRELA TODOROVA,<br><br>　　　　　Defendant. | Case No. CR 21-244-AB<br><br>**[PROPOSED] ORDER CONTINUING TRIAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the trial currently scheduled for December 3, 2024 at 8:30 a.m. until February 18, 2025 at 8:30 a.m.

DATED: November __, 2024

By _____
HON. ANDRÉ BIROTTE JR.
United States District Judge

/s/ *Charles C. Brown*
CHARLES C. BROWN