Suria M. Bahadue (Cal. Bar No. 344369)
1200 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
(213) 894-5487 / suria.bahadue@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:21-CR-00244(B)-AB |
| v. | |
| Mirela Todorva | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

(1) Government's Motion in Limine No. 1;
(2) Exhibits A-D attached to Government's Motion in Limine No. 2;
(3) Government Motions in Limine No. 3 and accompanying exhibits; and
(4) Government Motion in Limine No. 4 and accompanying exhibits

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 1, 2024
Date

Suria M. Bahadue
Attorney Name

United States of America
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        **NOTICE OF MANUAL FILING OR LODGING**