E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
JASON C. PANG (Cal. Bar No. 296043)
SURIA M. BAHADUE (Cal. Bar No. 344369)
Assistant United States Attorneys
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0637/2652/5487
     Facsimile: (213) 894-0141
     E-mail:    Patrick.Castaneda@usdoj.gov
                Jason.Pang@usdoj.gov
                Suria.Bahadue@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-CR-00244(B)-AB |
|---|---|
| Plaintiff, | DECLARATION IN SUPPORT OF GOVERNMENT'S MOTION IN LIMINE NO. 2 TO ADMIT 911 CALLS; EXHIBITS A-D |
| v. | |
| MIRELA TODOROVA, | Hearing Date: November 22, 2024 |
| Defendant. | Hearing Time: 1:30pm |
| | Location: Courtroom of the Hon. André Birotte Jr. |

**DECLARATION OF SURIA M. BAHADUE**

I, Suria M. Bahadue, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to represent the government in this matter.

2. Attached as Exhibit A is a true and correct copy of an audio recording of a 911 call made on November 16, 2020 (filed under seal).

3. Attached as Exhibit B is a true and correct copy of an audio recording of a 911 call made on November 26, 2020 (filed under seal).

4. Attached as Exhibit C is a true and correct copy of an audio recording of a 911 call made on December 12, 2020 (filed under seal).

5. Attached as Exhibit D is a true and correct copy of an audio recording of a 911 call made on January 9, 2021 (filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California, on November 1, 2024.

*Suria Bahadue*
SURIA M. BAHADUE

2

# Exhibit A
# (filed under seal)

# Exhibit B
# (filed under seal)

# Exhibit C
# (filed under seal)

# Exhibit D
# (filed under seal)