# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | CR 21-00244-AB-1 | Date: | February 7, 2025 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Patrick Castaneda<br>Jason C. Pang<br>Suria Marie Bahadue |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Mirela Todorova | √ | √ | | 1) CJA, Charles C. Brown | √ | √ | |

**Proceedings:**

STATUS CONFERENCE
GOVERNMENT'S MOTION IN LIMINE NO. 1 TO EXCLUDE IMPROPER TESTIMONY AND ARGUMENT REGARDING SEXUAL HISTORY OF VICTIMS [434]
GOVERNMENT'S MOTION IN LIMINE NO. 2 TO ADMIT 911 CALLS [421]
GOVERNMENT'S MOTION IN LIMINE NO. 3: TO ADMIT DEFENDANT'S PROFFER STATEMENTS [435]
GOVERNMENT'S MOTION IN LIMINE NO. 4: TO EXCLUDE DEFENDANT'S STATEMENTS UNLESS OFFERED BY THE GOVERNMENT UNDER RULE 801(D)(2)(A) [436]
GOVERNMENT'S MOTION IN LIMINE NO. 5: TO ADMIT SELF-AUTHENTICATING BUSINESS RECORDS [433]
GOVERNMENT'S MOTION IN LIMINE NO. 6 TO EXCLUDE IMPROPER REFERENCE, TESTIMONY, AND ARGUMENT [423]
DEFENSE MOTION IN LIMINE TO EXCLUDE EVIDENCE GOVERNMENT CLAIMS IS INEXTRICABLY INTERTWINED AND ADMISSIBLE PURSUANT TO FED. R. EVID 404(b) [440]
DEFENSE MOTION IN LIMINE TO EXCLUDE EVIDENCE GOVERNMENT CLAIMS IS INEXTRICABLY INTERTWINED AND ADMISSIBLE PURSUANT TO FED. R. EVID 404(b) [488]
MOTION IN LIMINE FOR LIMITED ATTORNEY CONDUCTED VOIR DIRE [491]
DEFENSE MOTION IN LIMINE TO EXCLUDE REFERENCE TO "STREET" METH [498]
GOVERNMENT'S MOTION IN LIMINE NO. 7 TO EXCLUDE BUYER-SELLER DEFENSE [501]
GOVERNMENT'S MOTION IN LIMINE NO. 8 TO PRECLUDE AN ENTRAPMENT DEFENSE [502]
GOVERNMENT'S MOTION IN LIMINE NO. 9 TO EXCLUDE DEFENSE EXPERT WITNESSES OR, IN THE ALTERNATIVE, CONDUCT A DAUBERT HEARING, AND TO EXCLUDE A DIMINISHED CAPACITY DEFENSE [507]
GOVERNMENT'S MOTION TO STRIKE SURPLASAGE AND FACTUAL ALLEGATIONS IN COUNTS ONE AND TWO AND FILE A TRIAL INDICTMENT [514]
(Held and Completed)

The Court conducts a Status Conference and a hearing on the motions.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

For the reasons stated on the record, the Court orders the following:

The Motion [216] filed on April 12, 2024, is **DENIED.**

The hearing is continued to **Monday, February 10, 2025, at 9:00 a.m.**

    IT IS SO ORDERED.

CC: USPO

|  | : | 35 |
|---|---|---|
| | Initials of Deputy Clerk | DTA |