UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MIRELA TODOROVA,<br><br>　　　　Defendant. | 2: 21-CR-00244(B)-AB<br><br>SPECIAL VERDICT FORM (FORFEITURE) |

　　We, the jury in the above-captioned case, present the following unanimous Special Verdict.

Following the guilty verdict against Defendant Mirela Todorova on any of Counts One through Eight of the Second Superseding Indictment, the government seeks forfeiture of the following property:

<u>Property seized on or about March 24, 2021:</u>

1. $6,039.00 in U.S. Currency seized from a residence in Hollywood, California (CATS ID: 21-DEA-676360);
2. $2,550.00 in U.S. Currency seized from a residence in Hollywood, California (CATS ID: 21-DEA-676361);
3. $291,096.95 in funds seized from an E*Trade Financial Corporate Services Inc., account ending in x0745 (CATS ID: 21-DEA-677167);

<u>Property seized on or about April 5, 2021:</u>

4. $169,141.14 in funds seized from a Bank of America account ending in x0938 (CATS ID: 21-DEA-677166); and
5. $29,727.99 in funds seized from a Bank of America account ending in x6051 (CATS ID: 21-DEA-677165).

Do you unanimously find by a preponderance of the evidence that sufficient nexus exists between the convictions and the following seized property, rendering the seized property subject to forfeiture?

<u>Property seized on or about March 24, 2021:</u>

1. $6,039.00 in U.S. Currency seized from a residence in Hollywood, California (CATS ID: 21-DEA-676360);

   NO ☐         YES ☐

2. $2,550.00 in U.S. Currency seized from a residence in Hollywood, California (CATS ID: 21-DEA-676361);

  NO ☐     YES ☐

3. $291,096.95 in funds seized from an E*Trade Financial Corporate Services Inc., account ending in x0745 (CATS ID: 21-DEA-677167);

  NO ☐     YES ☐

Property seized on or about April 5, 2021:

4. $169,141.14 in funds seized from a Bank of America account ending in x0938 (CATS ID: 21-DEA-677166); and

  NO ☐     YES ☐

5. $29,727.99 in funds seized from a Bank of America account ending in x6051 (CATS ID: 21-DEA-677165).

  NO ☐     YES ☐

_____                    _____
DATED                                              FOREPERSON